UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EARL LITTLEJOHN,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. CV 17-4212 R(JC)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to plaintiff's failure to state a claim upon which relief can be granted, his failure to comply with the January 8, 2018 Order Dismissing Complaint with Leave to Amend, and his failure diligently to prosecute.

IT IS SO ADJUDGED.

DATED: February 20, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE